| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:08-CR-47-S-DCR |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00192-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Myong Rogers | Eastern District of Kentucky | Covington |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Danny C. Reeves | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/11/12 | TO 12/10/2015 |

OFFENSES:

Ct. 1: Racketeering-Prostitution, 18 U.S.C. §§1962 and 1963(a)
Cts. 2 – 16: Using a Facility in Interstate Commerce to Promote Unlawful Activity (Prostitution), 18 U.S.C. § 1952(a)(3) and 1952(a)(3)
Cts. 17 & 18: Criminal Forfeiture, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ KENTUCKY _____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Middle District of Tennessee _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Feb 21, 2013_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Click here to enter text._ DISTRICT OF _Click here to enter text._

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/8/13_
Effective Date

_[signature]_
United States District Judge